**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA
*ex rel.* MARK ALAN STOVER,

Plaintiffs-Relator,

v.

CERATIZIT USA, INC.,

Defendant.

______________________________________/

Case No: 22-12291
Hon. Terrence G. Berg
Mag. David R. Grand

**FILED IN CAMERA AND UNDER SEAL**

**UNITED STATES' NOTICE OF ELECTION TO INTERVENE**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in this action for settlement purposes. Contemporaneously with this notice, and consistent with the terms of the agreement to settle the above-captioned matter, the United States and the Relator are also filing a joint stipulation for dismissal of the action.

The United States requests that, as provided under 31 U.S.C. § 3730(b), the seal be lifted as to the Relator's Complaint, ECF No. 1, PageID.1-17, this Notice of Election, the Joint Stipulation and Dismissal being filed concurrently with this Notice, and the accompanying proposed Order. The United States respectfully

requests that the seal be maintained as to all other pleadings filed and orders entered in this case prior to the filing of this Notice of Election. The United States has a significant interest in preserving the secrecy of its investigations into false claims against the government. *American Civil Liberties Union v. Holder*, 652 F. Supp. 2d 654, 666 (E.D. Va. 2009). The *qui tam* provisions of the False Claims Act provide a procedure for the United States to report to the Court about the status of its investigation to demonstrate that good cause exists to extend the intervention deadline. These motions are for the Court alone, and in fact, the False Claims Act specifically provides that they may be submitted *in camera*. 31 U.S.C. § 3730(b)(3). In discussing the content and extent of the United States' non-public investigation, including methods and thought processes for assessing Relators' allegations, these submissions were provided under § 3730(b)(3) to the Court alone for the sole purpose of evaluating whether good cause exists to extend the seal and time for making an election to intervene. *See id*. § 3730(b)(2)-(3) (providing only for unsealing of the *in camera* complaint).

A proposed order dismissing this action and providing for the lifting of the seal will be submitted with this Notice and the Joint Stipulation for Dismissal.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JEROME F. GORGON JR.
United States Attorney

*s/ Jonny Zajac*
JONNY ZAJAC
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-0230
jonny.zajac@usdoj.gov
Illinois Bar No.: 6307383

JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
JAMES NEALON
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
(202) 305-4181
Attorneys for the United States of America

Date: December 9, 2025